UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEAN O. WULFF,

        Plaintiff,                      Case No.  1:04cv822

v.                                      Hon. Gordon J. Quist

PATRICIA CARUSO, et al.,

        Defendants.
_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on July 5, 2005.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed July 5, 2005, is **APPROVED AND ADOPTED** as the opinion of the court.

      **IT IS FURTHER ORDERED** that Plaintiff's Motion for Relief from Judgment (docket no. 7) is **DENIED**.

                                                   /s/Gordon J. Quist
                                               Hon. Gordon J. Quist
                                               U.S. District Judge

Dated:  August 1, 2005